UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 1:21-CR12-JJM-LDA |
| v. | |
| LUIS JOEL SIERRA | |
| Defendant. | |

## MOTION TO CONTINUE STATUS CONFERENCE/SCHEDULING CONFERENCE

The United States, by and through its attorneys, Richard B. Myrus, Acting United States Attorney, and Paul F. Daly, Jr., Assistant U.S. Attorney, moves the Court to continue the presently scheduled Status Conference/Scheduling Conference until July 26, 2021, or a time thereafter convenient to the Court.

A Status Conference/Scheduling Conference is presently scheduled for July 19, 2021 at 10:00 AM.   The expert retained by the government is presently conducting an assessment of the Defendant's competency to stand trial.   That assessment includes a scheduled July 23, 2021 interview of the Defendant by the expert.   By July 26th, or thereafter, the government will be better positioned to advise the Court of the progress of that assessment.   The government therefore requests that the conference be continued.

Respectfully submitted,

RICHARD B. MYRUS
Acting United States Attorney

1

/s/ Paul F. Daly, Jr.

PAUL F. DALY, JR.
Assistant U.S. Attorney
RI Bar No. 3970
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: paul.daly@usdoj.gov
Tel: 401-709-5000
Fax: 401-709-5001

DATED: July 19, 2021

## CERTIFICATE OF SERVICE

On the 19th day of July, 2021, the United States of America caused the within "Motion to Continue" to be served on both parties.

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
RI Bar No. 3970
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: paul.daly@usdoj.gov
Tel: 401-709-5000
Fax: 401-709-5001

2