UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>LUIS JOEL SIERRA, )<br>Defendant. )<br>) | CR. No. 21-cr-12-JJM-PAS |

## ORDER

The Court accepts the Report and Recommendation of Magistrate Judge Patricia A. Sullivan without objection. ECF No. 48.

For the reasons stated therein, the Court DENIES the Government's renewed request for an additional custodial evaluation (ECF No. 44) and FINDS pursuant to 18 U.S.C. § 4241(d) that the preponderance of the evidence establishes that the Defendant, Luis Joel Sierra presently suffers from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. In reliance on that finding, pursuant to 18 U.S.C. § 4241(d), the Court ORDERS that Mr. Sierra be committed to the custody of the Attorney General, who should be directed to hospitalize him for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the criminal proceedings pending against him to go forward.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

September 13, 2021