UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS SIERRA,<br><br>Defendant. | Criminal Case No. 21-CR-00012-JJM |

## ASSENTED MOTION TO CONTINUE COMPETENCY HEARING

The United States, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Paul F. Daly, Jr., Assistant U.S. Attorney, with the assent of the defendant, Luis Sierra, by and through his attorney, Kevin J. Fitzgerald, Esquire moves the Court to continue the competency hearing until the next available date which is convenient to the Court.

The prosecutor will be unavailable at the time scheduled for hearing on November 3, 2022.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney

/s/ Paul F. Daly, Jr.

PAUL F. DALY, JR.
Assistant U.S. Attorney
RI Bar No. 3970
1 Financial Plaza, 17th Floor

1

Providence, RI 02903  
Email: paul.daly@usdoj.gov  
Tel: 401-709-5000  
Fax: 401-709-5001

DATED: November 1, 2022

## **CERTIFICATE OF SERVICE**

On the 1st day of November, 2022, the United States of America caused the within "Assented Motion to Continue" to be served on both parties.

Kevin J. Fitzgerald, Esq.  
Assistant Federal Defender  
10 Weybosset Street, Suite 300  
Providence, RI    02903

/s/ Paul F. Daly, Jr.  
PAUL F. DALY, JR.  
Assistant U.S. Attorney  
RI Bar No. 3970  
1 Financial Plaza, 1st Floor  
Providence, RI 02903  
Email: paul.daly@usdoj.gov  
Tel: 401-709-5000  
Fax: 401-709-5001