UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA   )
                         )
    VS.                   )                CR 21-012 JJM LDA
                         )
LUIS JOEL SIERRA         )

_____

MOTION TO TRAVEL

Now comes Luis Sierra, the Defendant in the above captioned matter, and requests permission from this Honorable Court to travel to his cousin's home in Connecticut to spend the Thanksgiving holiday with his family. He is seeking to go to CT in the morning of November 24 and will return later that evening. He will provide all particular information regarding his travel to his probation officer. Mr. Sierra has been compliant with his conditions while on pre-trial release.

Respectfully submitted
Luis Sierra
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

1

CERTIFICATION
I hereby certify that a copy of this motion was delivered by electronic
notification to Paul Daly, Assistant United States Attorney, on November 24, 2022.

/s/ Kevin J. Fitzgerald